IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GARY WAYNE COKER AND TERESINA COKER, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL FILE ACTION NO. 1:12-CV-4061-SCJ |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, and ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO FILE BRIEF
IN EXCESS OF PAGE LIMITATIONS IMPOSED BY LOCAL RULE 7.1(D)**

COME NOW GARY WAYNE COKER AND TERESINA COKER, Plaintiffs in the above-styled action, and hereby respectfully request leave to file a brief in support of Plaintiffs' Motion for Summary Judgment that exceeds the page limitations imposed by Local Rule 7.1(D) by ten (10) pages. Plaintiffs request this leave in the interests of fairness and justice, and so that Plaintiffs may sufficiently and completely bring the issues in need of resolution to this Court's attention. Plaintiffs also request this leave because the issues involved in Plaintiffs' motion

are numerous, complex, and require detailed briefing and analysis of applicable law as such applies to five (5) separate insurance policies. Plaintiffs expect the resolution of the issues to have global application to all remaining issues in this litigation, and therefore judicial economy will be promoted by having these issues resolved now, rather than later.  Plaintiff has submitted a proposed order contemporaneously with this motion.

    This 8th day of October, 2013.

                                  Respectfully submitted,

                                  KENDALL LAW GROUP, LLC

                                 s/ Michael C. Kendall
                                Michael C. Kendall
                                Georgia Bar No. 414030

3152 Golf Ridge Boulevard
Suite 201
Douglasville, Georgia 30135
Telephone: 770-577-3559
Facsimile: 770-577-9198
mckendall@bellsouth.net

## **LOCAL RULE 7.1 CERTIFICATION**

Counsel for Plaintiffs, by his signature below, certifies that the within and foregoing **Motion For Leave To File Brief In Excess Of Page Limitations** has been prepared with one of the font and point selections approved by this Court in Local Rule 5.1B (Times New Roman - 14 point) and that this motion does not contain more than 10 characters per inch of type.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY WAYNE COKER AND TERESINA COKER,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, and ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>  Defendants. | CIVIL FILE ACTION<br>NO. 1:12-CV-4061-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **PLAINTIFFS' MOTION TO FILE OPPOSITION BRIEF IN EXCESS OF PAGE LIMITATIONS IMPOSED BY LOCAL RULE 7.1(D)** by electronically filing the same with the Court via the CM/ECF system, with the Clerk of Court providing notice to the following counsel of record:

Michael J. Athans, Esq.
Christine L. Butcher, Esq.
FIELDS, HOWELL, ATHANS &
MCLAUGHLIN, LLP
191 Peachtree Street, Suite 4600
Atlanta, Georgia 30303

Stephen M. Schatz, Esq.
Steven J. DeFrank, Esq.
SWIFT, CURRIE, MCGHEE
& HIERS, LLP
1355 Peachtree Street, NE
Suite 300
Atlanta, Georgia 30309

R. Scott Masterson, Esq.
Joelle C. Sharman, Esq.
LEWIS, BRISBOIS, BISGAARD
& SMITH, LLP
1180 Peachtree Street, NE.
Suite 2900
Atlanta, Georgia 30309

Brent J. Kaplan, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia  30328

This 8th day of October, 2013.

                                          s/  Michael C. Kendall
                                          Michael C. Kendall